| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Koeltl, John G | 2. Court or Organization<br><br>U.S.D.C. Southern District-NY | 3. Date of Report<br>5/13/04<br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 Pearl St. Room 1030<br>New York,New York 10007-1581 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) |
| 2. *Adjunct Prof. of Law* | *New York University Law School (See Part VIII.)* |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 14 3 22 PM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Koelti, John G | *5/13/04* 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | PELF PARTNERS - BUSINESS INCOME (ESTIMATED - 2003 K-1 NOT YET AVAILABLE) | 1100.00 |
| 2. | 2003 | NEW YORK UNIVERSITY - TEACHING | 10000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL BAR COUNCIL | FEBUARY 14-22, 2003 HAWAII - ATTEND WINTER BENCH & BAR MEETING. TRAVEL, LODGING & MEALS. |
| 2. | | |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PELF PARTNERS | NEGATIVE BALANCE IN CAPITAL ACCOUNT. | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/13/04 ~~5/10/2004~~ |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COCA COLA - COMMON | B | Dividend | L | T | | | | | |
| 2. JOHNSON & JOHNSON - COMMON | C | Dividend | M | T | Contrib. | 12/20 | J | B | Regis HS-Donee |
| 3. PFIZER INC. - COMMON | C | Dividend | M | T | | | | | |
| 4. ROYAL DUTCH PETROLEUM - COMMON | C | Dividend | L | T | | | | | |
| 5. VAN KAMPEN EMERGING GROWTH FUND CLASS B - MUTUAL FUND | | None | | | Exchange | 10/28 | L | | Exchange for CL A |
| 6. VAN KAMPEN EMERGING GROWTH FUND CL A - MUTUAL FUND | | None | | | Buy | 10/28 | L | | Exchange from CL B |
| 7. | | | | | Sell | 10/21 | L | E | |
| 8. | | | | | Sell | 12/09 | M | · | |
| 9. DAVIS NY VENTURE FUND CL B - MUTUAL FUND | A | Dividend | M | T | Sell | 01/23 | J | | |
| 10. AMERICAN WASHINGTON MUTUAL FUND INVST B - MUTUAL FUND | B | Dividend | L | T | Buy | 12/31 | J | | |
| 11. MFS VALUE FUND CL B - MUTUAL FUND | A | Dividend | K | T | Buy | 12/31 | J | | |
| 12. PIMCO RENAISSANCE FUND CL B - MUTUAL FUND | | None | M | T | | | | | |
| 13. VAN KAMPEN COMSTOCK FUND CL B - MUTUAL FUND | A | Dividend | M | T | Buy | 12/31 | J | | |
| 14. PIMCO EMERGING MKTS BOND FUND CL C - MUTUAL FUND | D | Dividend | M | T | Buy | 10/21 | L | | |
| 15. | | | | | Buy | 12/31 | J | | |
| 16. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | A | Dividend | M | T | Buy | VAR | K | | Net Increase To MM Fund |
| 17. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE BOND DUE 7/1/09 | B | Interest | K | T | | | | | |
| 18. N.Y. STATE MTG. AGY. BOND 5.2% DUE 10/1/10 | C | Interest | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Koeltl, John G | 5/13/04 6/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. TRIBOR. BRIDGE & TUNNEL BOND 6.625% DUE 1/01/12 | B | Interest | K | T | | | | | |
| 20. N.Y. STATE LOCAL GOV'T BOND 5.375% DUE 4/1/14 | B | Interest | | | Sell | 03/20 | L | C | |
| 21. N.Y. STATE POWER AUTH. BOND 5.25% DUE 1/1/18 | B | Interest | | | Sell | 01/03 | L | C | |
| 22. TRIBOR. BRIDGE & TUNNEL BOND 6% DUE 1/1/15 | A | Interest | | | Sell | 01/02 | K | A | |
| 23. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | B | Interest | K | T | | | | | |
| 24. N.Y. STATE MTG AGY BOND 5.60% DUE 10/01/17 | B | Interest | K | T | | | | | |
| 25. N.Y STATE SER G BOND 5% DUE 08/01/15 | B | Interest | K | T | | | | | |
| 26. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | B | Interest | K | T | | | | | |
| 27. N.Y. STATE SER C BOND 5.25% DUE 11/15/21 | B | Interest | K | T | | | | | |
| 28. N.Y. STATE DORM. AUTH. BOND 5% DUE 07/01/28 | B | Interest | K | T | | | | | |
| 29. N.Y. STATE TWY. AUTH. BOND SER. C 5.25% DUE 04/01/15 | C | Interest | L | T | | | | | |
| 30. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | K | T | | | | | |
| 31. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 32. N.Y. STATE SER B BOND 5.25% DUE 08/01/20 | C | Interest | L | T | | | | | |
| 33. N.Y. STATE LOCAL GOV'T BOND 5% DUE 04/01/21 | B | Interest | J | T | Sell | 04/01 | K | A | Partial Redemption |
| 34. N.Y. STATE SER F BOND 5% DUE 08/01/23 | B | Interest | K | T | | | | | |
| 35. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | C | Interest | L | T | | | | | |
| 36. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/13/04 5/16/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 38. NEW YORK CITY MUN WTR BOND 5.125% DUE 06/15/21 | B | Interest | K | T | | | | | |
| 39. NEW YORK MUN WTR FIN BOND 5.50% DUE 06/15/23 | C | Interest | L | T | | | | | |
| 40. NEW YORK CITY MUN WTR BOND 5.50% DUE 06/15/23 | C | Interest | L | T | | | | | |
| 41. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 42. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 43. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | K | T | | | | | |
| 44. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | B | Interest | K | T | Sell | 05/20 | J | B | Partial Redemption |
| 45. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | C | Interest | M | T | | | | | |
| 46. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 47. NY CITY IDA BOND 5.% DUE 06/01/22 | C | Interest | L | T | | | | | |
| 48. N.Y. STATE URBAN DEV BOND 5% DUE 01/01/28 | B | Interest | K | T | Sell | 05/20 | K | C | Partial Redemption |
| 49. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | K | T | | | | | |
| 50. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | | | | | |
| 51. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | A | Interest | K | T | Buy | 05/20 | K | | |
| 52. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | B | Interest | L | T | Buy | 01/23 | L | | |
| 53. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | A | Interest | L | T | Buy | 03/20 | L | | |
| 54. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | C | Interest | L | T | Buy | 01/02 | L | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 5/13/04 ~~5/10/2004~~ |



## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 56. | MERRILL LYNCH (IRA ACCOUNT) - DAVIS NY VENTURE FUND - CL B | A | Dividend | J | T | | | | | |
| 57. | MERRILL LYNCH (IRA ROLLOVER) - AIM BLUE CHIP FUND CL B | | None | M | T | | | | | |
| 58. | MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND | | None | M | T | | | | | |
| 59. | MERRILL LYNCH (IRA ROLLOVER) - AMER. FD WASHINGTON FUND CL B | C | Dividend | N | T | Buy | 12/31 | J | | |
| 60. | MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL B | A | Dividend | N | T | Sell | 01/23 | K | | |
| 61. | MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L EQUITY FUND CL B *(FORMERLY CALLED GROWTH FUND)* | B | Dividend | M | T | Buy | 12/31 | J | | |
| 62. | MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLB *(FORMERLY CALLED VOYAGER FUND)* | B | Dividend | M | T | Buy | 12/31 | J | | |
| 63. | MERRILL LYNCH(IRA ROLLOVER)-PUTNAM INT'L CAP OPP FUND CL C | A | Dividend | K | T | Buy | 01/23 | K | | |
| 64. | PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | *SEE PART III* | | J | U | *SEE PART VI FOR LIABILITY DISCLOSE) DUE TO NEGATIVE CAPITAL BALANCE* | | | | |
| 65. | US TREASURY DIRECT - US TREASURY NOTES | C | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 66. | CITY & SUBURBAN-SAVINGS ACCT YONKERS, N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 67. | HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. | B | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 68. | | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal H = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII - COMMENTS

1) INVESTMENT REPORTED ON LINE 47 OF 2003 REPORT HAS BEEN CORRECTED TO RELFECT PROPER DESCRIPTION. THE BOND WHICH WAS REPORTED ON LINE 51 OF THE 2002 REPORT WAS PREVIOUSLY LISTED AS HAVING AN INTEREST RATE OF 5.125% AND A DUE DATE OF 06/01/21 THE CORRECT DESCRIPTIVE ITEMS ARE AN INTEREST RATE OF 5% AND A DUE DATE OF 06/01/22.

2) INVESTMENTS REPORTED ON LINES 65, 66 &67 RELATE TO A TREASURY NOTE ACCOUNT AND CASH ACCOUNTS HELD AT TWO BANKS ON WHICH I AM NAMED CO-OWNNER WITH ███████ AS A CONVENIENCE TO ███ THE ACCOUNTS WERE FUNDED COMPLETELY BY ██████ AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY HER. DUE TO MY LISTED JOINT OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE.

3) While the income from this position has been disclosed on prior reports, the position itself should be listed in this item.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5/13/04___

NOTE: AN[...]AL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJEC[...] AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544